**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____   Chapter   **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Lindsley Excavating LLC** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-4195525** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**Principal place of business**

**92 Townline Road**
**Fulton, NY 13069**
Number, Street, City, State & ZIP Code

**Oswego**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Lindsley Excavating LLC**                                                    Case number (*if known*) _____
          ___Name___

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

___2389___

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|----------|------|-------------|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor   **Lindsley Excavating LLC**                     Case number (*if known*) _____
          Name

List all cases. If more than 1,
attach a separate list

Debtor _____   Relationship _____

District _____   When _____   Case number, if known _____

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

.   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Lindsley Excavating LLC**                                    Case number (*if known*)
         Name

---

**Request for Relief, Declaration, and Signatures**

---

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April  3, 2026**
              MM / DD / YYYY

**X** **/s/ Shawn Lindsley**                              **Shawn Lindsley**
Signature of authorized representative of debtor         Printed name

Title   **President**

---

**18. Signature of attorney**

**X** **/s/ Peter A. Orville**                           Date   **April  3, 2026**
Signature of attorney for debtor                                MM / DD / YYYY

**Peter A. Orville 1735935**
Printed name

**Orville & McDonald Law, P.C.**
Firm name

**4100 Vestal Road, Suite 103**
**Vestal, NY 13850**
Number, Street, City, State & ZIP Code

Contact phone   **607-770-1007**        Email address

**1735935 NY**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name      **Lindsley Excavating LLC**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF NEW YORK

Case number (if known)      _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■      *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■      *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■      *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■      *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■      *Schedule H: Codebtors* (Official Form 206H)

■      *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐      Amended *Schedule* _____

■      *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐      Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **April  3, 2026**            X **/s/ Shawn Lindsley**
                                        Signature of individual signing on behalf of debtor

                                        **Shawn Lindsley**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Lindsley Excavating LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ally PO Box 382902 Minneapolis, MN 55438** | | **Ally secured equipment** <br><br>**22 Ram 5500 Chassis $35,000.00 2023 GMC Truck $35,000.00** | | **$128,000.00** | **$70,000.00** | **$58,000.00** |
| **Amur 304 W 3rd St. PO Box 2555 Grand Island, NE 68801** | | **Amur secured equipment** <br><br>**07 extec screener, 24 peterbilt slinger $35,000.00 05 Extec E7 screener $20,000.00** | | **$123,000.00** | **$55,000.00** | **$68,000.00** |
| **Atals Bituminous Co., Inc. 173 Farrell Road Syracuse, NY 13209** | | **Supplies** | | | | **$46,229.96** |
| **Blue Bridge 11921 Freedom Dr., Ste. 1130 Reston, VA 20190** | | **Blue Bridge secured equipment** <br><br>**05 volvo A25D off road truck $15,000.00** | | **$76,000.00** | **$15,000.00** | **$61,000.00** |
| **Canon 14904 Collections Dr. Chicago, IL 60693** | | **Canon secured equipment** <br><br>**John Deere Dozer $19,000.00 2016 Linkbelt 210 excavator $40,000.00** | | **$142,817.00** | **$59,000.00** | **$83,817.00** |

Debtor   **Lindsley Excavating LLC**
   Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Capybara USA 6501 Congress Avenue, Ste. 340 Boca Raton, FL 33487** | | **Unsecured loan** | | | | $55,000.00 |
| **Caterpillar PO Box 13834 Newark, NJ 07188** | | **Caterpillar secured equipment**<br><br>**2024 Weiler paver $100,000.00 2018 Caterpiller 320 $80,000.00** | | $389,000.00 | $180,000.00 | $209,000.00 |
| **Core and Main 1830 Craig Park Court Saint Louis, MO 63146** | | **Supplies** | | | | $77,357.79 |
| **First Federal** | | **First Federal secured equipment**<br><br>**John Deere 75 excavator $19,000.00** | | $84,493.20 | $19,000.00 | $65,493.20 |
| **Heidleberg Materials 15620 Collection Center Drive Chicago, IL 60693** | | | **Disputed** | | | $90,000.00 |
| **Melink Solar, LLC 8805 Govennors Hill Drive Ste. 300 Cincinnati, OH 45249** | | | **Disputed** | | | $413,487.11 |
| **MidCountry Machinery 3478 5th Ave. Fort Dodge, IA 50501** | | **Supplies** | | | | $45,013.21 |
| **Newtek 1981 Marcus Ave., Ste. 130 New Hyde Park, NY 11042** | | | | $388,000.00 | $0.00 | $388,000.00 |

Debtor **Lindsley Excavating LLC**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Nextgen 3292 Levis Commons Blvd. Perrysburg, OH 43551** | | **Nextgen secured equipment**<br><br>**John Deere skidsteer $45,000.00 Sany loader $50,000.00** | | **$138,000.00** | **$95,000.00** | **$43,000.00** |
| **NOCO 2440 Sheridan Drive Tonawanda, NY 14150** | | **Supplies** | | | | **$38,000.00** |
| **Northern Asphalt 6131 Taft Road Syracuse, NY 13212** | | **Supplies** | | | | **$96,967.17** |
| **RG King General Construction 13018 County Rte. 105 Adams Center, NY 13606** | | **Supplies** | | | | **$71,795.73** |
| **Translease PO Box 172686 Denver, CO 80217** | | **Translease secured equipment**<br><br>**2024 Kenworth T880 Dump truck $170,000.00 2018 Peterbilt 389 truck $40,000.00** | | **$328,590.48** | **$210,000.00** | **$118,590.48** |
| **Volvo PO Box 26131 Greensboro, NC 27402** | | **Volvo secured equipment**<br><br>**Volvo 350 Excavator $75,000.00 Volvo 235 & 35 excavator $70,000.00 Dingo $16,000.00** | | **$231,832.10** | **$161,000.00** | **$70,832.10** |
| **Webfund 99 Wall Street, Ste. 1540 New York, NY 10005** | | **Unsecured loan** | | | | **$155,000.00** |

**Fill in this information to identify the case:**

Debtor name     **Lindsley Excavating LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
Copy line 88 from *Schedule A/B*............................................................................................   $   **0.00**

   1b. **Total personal property:**
Copy line 91A from *Schedule A/B*.........................................................................................   $   **1,525,500.00**

   1c. **Total of all property:**
Copy line 92 from *Schedule A/B*...........................................................................................   $   **1,525,500.00**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $   **3,237,862.95**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $   **14,000.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$   **1,383,031.59**

4.   **Total liabilities** .................................................................................................................
Lines 2 + 3a + 3b                                                                    $   **4,634,894.54**

**Fill in this information to identify the case:**

Debtor name  **Lindsley Excavating LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.

☑ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Community Bank** | **Checking** | **0406** | **$0.00** |
| 3.2. | **Oswego County Federal Credit Union** | **Checking** | **0070** | **$0.00** |
| 3.3. | **Oswego County Federal Credit Union** | **Savings** | **0000** | **$0.00** |
| 3.4. | **Pathfinder Bank** | **Checking** | **0132** | **$0.00** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$0.00** |
|---|

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.

☐ Yes Fill in the information below.

Debtor   **Lindsley Excavating LLC**_____   Case number *(If known)* _____
         Name

---

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

11b. Over 90 days old:   **268,831.50** - **268,831.50** =....   **$0.00**
                         face amount      doubtful or uncollectible accounts

---

12.   **Total of Part 3.**                                    **$0.00**
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

---

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 2

Debtor   **Lindsley Excavating LLC**                                   Case number *(If known)* _____
         Name

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm
      machinery and equipment)**
      **FREE AND CLEAR EQUIPMENT:**

      **2019 Ford Utility truck $20,000.00**
      **1999 6 wheeler dump truck 8100 $6,000.00**
      **2012 Takeachi TL250 $12,000.00**
      **Vermeer BC1400XL chipper $8,000.00**
      **Delta tilt deck trailer $2,500.00**
      **2024 low trail trailer $5,000.00**
      **2017 low trail trailer $1,000.00**
      **Kobelco mini excavator $15,000.00**
      **Misc.(tamper, attachments, tools $5,000.00**               **$0.00**                              **$74,500.00**

      **Midland secured equipment**

      **2022 F350 $35,000.00**
      **2022 Kaufman trailer $10,000.00**
      **2019 Case 450 skidsteer $20,000.00**                       **$0.00**                              **$65,000.00**

      **Verdant secured equipment**

      **Leihberr Dozer $32,000.00**
      **2023 Dodge Ram 2500 $50,000.00**
      **2020 Sany 155 excavator $45,000.00**
      **Leica Rover $5,000.00**
      **2024 Kauffman 55 ton trailer $50,000.00**                  **$0.00**                             **$182,000.00**

      **Nextgen secured equipment**

      **John Deere skidsteer $45,000.00**
      **Sany loader $50,000.00**                                   **$0.00**                              **$95,000.00**

      **Kubota secured equipment**

      **Kubota 75 skidsteer $35,000.00**
      **Kubota 95 skidsteer $30,000.00**                           **$0.00**                              **$65,000.00**

| Debtor | **Lindsley Excavating LLC** | Case number *(If known)* | |
|--------|------------------------------|---------------------------|--|
| | Name | | |

**Newtek secured equipment**

**1978 Ford Dump Truck**
**1980 Ford Dump Truck**
**1986 Diamond Rio Dump Truck**
**1986 Witzco Trailer**
**1987 Mack Truck**
**1994 Dynaweld Trailer**
**1996 Ford F250 Pick up Truck**
**1997 Ford F350 Pick up Truck**
**1997 Ford Utility Pick up Truck**
**2003 International Dump Truck**
**2005 Hudson Trailer**
**1996 Ford F250 Pick up Truck**
**2018 Dodge Ram 2500 Pick up Truck**
**2018 Dodge Ram 2500 Pick up Truck**
**1999 Kenworth Dump Truck**
**1969 International Tractor**
**1993 Hitachi Excavator Feller buncher**
**2008 Stone Roller**
**1994 Case loader**
**Dresser loader**                                          $0.00                    $177,000.00

---

**Financial Pacific secured equipment**

**Roller double drum 8,000.00**
**vac trailer $6,000.00**                                   $0.00                     $14,000.00

---

**Blue Bridge secured equipment**

**05 volvo A25D off road truck $15,000.00**                 $0.00                     $15,000.00

---

**Amur secured equipment**

**07 extec screener, 24 peterbilt slinger**
**$35,000.00**
**05 Extec E7 screener $20,000.00**                         $0.00                     $55,000.00

---

**Translease secured equipment**

**2024 Kenworth T880 Dump truck $170,000.00**
**2018 Peterbilt 389 truck $40,000.00**                     $0.00                    $210,000.00

---

**Ally secured equipment**

**22 Ram 5500 Chassis $35,000.00**
**2023 GMC Truck $35,000.00**                               $0.00                     $70,000.00

---

**Financial Partners Group secured equipment**

**Trimble Date Collector-GPS $30,000.00**                   $0.00                     $30,000.00

---

Debtor      **Lindsley Excavating LLC**                                    Case number *(If known)* _____
            Name

**Volvo secured equipment**

| Volvo 350 Excavator $75,000.00 Volvo 235 & 35 excavator $70,000.00 Dingo $16,000.00 | $0.00 | $161,000.00 |
|---|---|---|

**Caterpillar secured equipment**

| 2024 Weiler paver $100,000.00 2018 Caterpiller 320 $80,000.00 | $0.00 | $180,000.00 |
|---|---|---|

**Canon secured equipment**

| John Deere Dozer $19,000.00 2016 Linkbelt 210 excavator $40,000.00 | $0.00 | $59,000.00 |
|---|---|---|

**First Federal secured equipment**

| John Deere 75 excavator $19,000.00 | $0.00 | $19,000.00 |
|---|---|---|

**Oswego County FCU secured equipment**

| case 380 skidsteer $500 | $0.00 | $500.00 |
|---|---|---|

**First Citizens Bank secured equipment**

| Silt fence plow $2,500.00 | $0.00 | $2,500.00 |
|---|---|---|

**Ascentium secured equipment**

| 2020 Sany roller $28,000.00 | $0.00 | $28,000.00 |
|---|---|---|

**Commercial Credit Group secured equipment**

| 23 Sany 50 $23,000.00 | $0.00 | $23,000.00 |
|---|---|---|

51.   **Total of Part 8.**                                                                              **$1,525,500.00**

      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Part 9:      **Real property**

54. **Does the debtor own or lease any real property?**

      ■ No.  Go to Part 10.
      ☐ Yes Fill in the information below.

Debtor      **Lindsley Excavating LLC**

      Name

Case number *(If known)* _____

---

**Part 10:**      **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.

☐ Yes Fill in the information below.

---

**Part 11:**      **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

☑ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** <br> Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** <br> Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **Claim against EJ Prescott** <br> Nature of claim <br> Amount requested        $0.00 | **Unknown** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**  $0.00

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    **Lindsley Excavating LLC**                                    Case number *(If known)* _____
          Name

<table>
<tr><td colspan="4">Part 12:    **Summary**</td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,525,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,525,500.00 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,525,500.00 |

**Fill in this information to identify the case:**

Debtor name     **Lindsley Excavating LLC**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF NEW YORK

Case number (if known)     _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1 Ally**<br>Creditor's Name<br><br>**PO Box 382902**<br>**Minneapolis, MN 55438**<br>Creditor's mailing address<br><br>_____<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Ally secured equipment**<br><br>**22 Ram 5500 Chassis $35,000.00**<br>**2023 GMC Truck $35,000.00**<br><br>**Describe the lien**<br>_____<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $128,000.00 | $70,000.00 |
| **2.2 Amur**<br>Creditor's Name<br><br>**304 W 3rd St.**<br>**PO Box 2555**<br>**Grand Island, NE 68801**<br>Creditor's mailing address<br><br>_____<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**Amur secured equipment**<br><br>**07 extec screener, 24 peterbilt slinger $35,000.00**<br>**05 Extec E7 screener $20,000.00**<br><br>**Describe the lien**<br>_____<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $123,000.00 | $55,000.00 |

Debtor **Lindsley Excavating LLC**
Name

Case number (if known)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Ascentium** | **Describe debtor's property that is subject to a lien** | $62,063.55 | $28,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Ascentium secured equipment** | | |

**23970 Hwy 59N
Kingwood, TX 77339**

Creditor's mailing address

**2020 Sany roller $28,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Blue Bridge** | **Describe debtor's property that is subject to a lien** | $76,000.00 | $15,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Blue Bridge secured equipment** | | |

**11921 Freedom Dr., Ste. 1130
Reston, VA 20190**

Creditor's mailing address

**05 volvo A25D off road truck $15,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Canon** | **Describe debtor's property that is subject to a lien** | $142,817.00 | $59,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Canon secured equipment** | | |

**14904 Collections Dr.
Chicago, IL 60693**

Creditor's mailing address

**John Deere Dozer $19,000.00
2016 Linkbelt 210 excavator $40,000.00**

**Describe the lien**

---

Debtor **Lindsley Excavating LLC**                                      Case number (if known)  _____
          Name

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Caterpillar** | **Describe debtor's property that is subject to a lien** | $389,000.00 | $180,000.00 |
|---|---|---|---|---|

Creditor's Name

**Caterpillar secured equipment**

**PO Box 13834**
**Newark, NJ 07188**

**2024 Weiler paver $100,000.00**
**2018 Caterpiller 320 $80,000.00**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Commercial Credit Group** | **Describe debtor's property that is subject to a lien** | $53,712.00 | $23,000.00 |
|---|---|---|---|---|

Creditor's Name

**Commercial Credit Group secured equipment**

**400 Essjay, Ste. 340**
**Buffalo, NY 14221**

**23 Sany 50 $23,000.00**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 3 of 9

Debtor   **Lindsley Excavating LLC**
Name

Case number (if known) _____

---

| 2.8 | **Financial Pacific** | **Describe debtor's property that is subject to a lien** | $21,600.00 | $14,000.00 |
|---|---|---|---|---|

Creditor's Name

**Financial Pacific secured equipment**

**3455 S 344th Way, Ste. 300
Auburn, WA 98001**

Creditor's mailing address

**Roller double drum 8,000.00
vac trailer $6,000.00**

**Describe the lien**

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Financial Partners Group** | **Describe debtor's property that is subject to a lien** | $34,958.40 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**Financial Partners Group secured equipment**

**65 Mechanic Street, Ste. 207
Red Bank, NJ 07701**

Creditor's mailing address

**Trimble Date Collector-GPS $30,000.00**

**Describe the lien**

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **First Citizens Bank** | **Describe debtor's property that is subject to a lien** | $2,492.62 | $2,500.00 |
|---|---|---|---|---|

Creditor's Name

**First Citizens Bank secured equipment**

**155 Commerce Way
Portsmouth, NH 03801**

Creditor's mailing address

**Silt fence plow $2,500.00**

**Describe the lien**

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

---

Debtor **Lindsley Excavating LLC**
_____
Name

Case number (if known) _____

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
_____

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.11 | **First Federal** | **Describe debtor's property that is subject to a lien** | $84,493.20 | $19,000.00 |
|------|-------------------|---------------------------------------------------------|------------|------------|

Creditor's Name

**First Federal secured equipment**

**John Deere 75 excavator $19,000.00**

Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.12 | **Kubota Credit** | **Describe debtor's property that is subject to a lien** | $102,000.00 | $65,000.00 |
|------|-------------------|---------------------------------------------------------|-------------|------------|

Creditor's Name

**Kubota secured equipment**

**Kubota 75 skidsteer $35,000.00**
**Kubota 95 skidsteer $30,000.00**

**P.O. Box 2046**
**Grapevine, TX 76099**

Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.13 | **Midland** | **Describe debtor's property that is subject to a lien** | $60,100.00 | $65,000.00 |
|------|-------------|---------------------------------------------------------|------------|------------|

Debtor  **Lindsley Excavating LLC**                                    Case number (if known) _____
Name

Creditor's Name  **Midland secured equipment**

**2022 F350 $35,000.00**
**2022 Kaufman trailer $10,000.00**
**2019 Case 450 skidsteer $20,000.00**

**PO Box 2149**
**Gig Harbor, WA 98335**

Creditor's mailing address          **Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known   **Is anyone else liable on this claim?**

**Date debt was incurred**          ■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply

■ No                                ☐ Contingent
☐ Yes. Specify each creditor,       ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.1 4 | **Newtek** | **Describe debtor's property that is subject to a lien** | **$388,000.00** | **$0.00** |

Creditor's Name

**1981 Marcus Ave., Ste. 130**
**New Hyde Park, NY 11042**

Creditor's mailing address          **Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known   **Is anyone else liable on this claim?**

■ No
**Date debt was incurred**          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply

■ No                                ☐ Contingent
☐ Yes. Specify each creditor,       ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.1 5 | **Nextgen** | **Describe debtor's property that is subject to a lien** | **$138,000.00** | **$95,000.00** |

Creditor's Name                     **Nextgen secured equipment**

**John Deere skidsteer $45,000.00**
**Sany loader $50,000.00**

**3292 Levis Commons Blvd.**
**Perrysburg, OH 43551**

Creditor's mailing address          **Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known   **Is anyone else liable on this claim?**

**Date debt was incurred**          ■ No

Debtor  **Lindsley Excavating LLC**
Name                                                                              Case number (if known)

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.16 | **Oswego County FCU** | **Describe debtor's property that is subject to a lien** | $12,708.99 | $500.00 |
|---|---|---|---|---|

Creditor's Name

**Oswego County FCU secured equipment**

**90 E Bridge St.
Oswego, NY 13126**
Creditor's mailing address

**case 380 skidsteer $500**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.17 | **Translease** | **Describe debtor's property that is subject to a lien** | $328,590.48 | $210,000.00 |
|---|---|---|---|---|

Creditor's Name

**Translease secured equipment**

**PO Box 172686
Denver, CO 80217**
Creditor's mailing address

**2024 Kenworth T880 Dump truck $170,000.00
2018 Peterbilt 389 truck $40,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.18 | **US Small Business Administration** | **Describe debtor's property that is subject to a lien** | $689,494.61 | Unknown |
|---|---|---|---|---|

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                page 7 of 9

Debtor **Lindsley Excavating LLC**                                Case number (if known) _____
         Name

---

Creditor's Name

**Office of General Counsel**
**130 South Elmwood Ave,**
**Suite 540**
**Buffalo, NY 14202**

Creditor's mailing address



Creditor's email address, if known


**Date debt was incurred**


**Last 4 digits of account number**


**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Blanket lien**

_____

**Describe the lien**
**UCC**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.19 | **Verdant** | **Describe debtor's property that is subject to a lien** | $169,000.00 | $182,000.00 |
|---|---|---|---|---|

Creditor's Name

**Verdant secured equipment**

**Leihberr Dozer $32,000.00**
**2023 Dodge Ram 2500 $50,000.00**
**2020 Sany 155 excavator $45,000.00**
**Leica Rover $5,000.00**
**2024 Kauffman 55 ton trailer $50,000.00**

**9987 Carver Rd., Ste. 110**
**Cincinnati, OH 45242**

Creditor's mailing address

**Describe the lien**
_____

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.20 | **Volvo** | **Describe debtor's property that is subject to a lien** | $231,832.10 | $161,000.00 |
|---|---|---|---|---|

Creditor's Name

**Volvo secured equipment**

**Volvo 350 Excavator $75,000.00**
**Volvo 235 & 35 excavator $70,000.00**
**Dingo $16,000.00**

**PO Box 26131**
**Greensboro, NC 27402**

Creditor's mailing address

**Describe the lien**

---

Debtor   **Lindsley Excavating LLC**                    Case number (if known) _____
         Name

_____                    **Is the creditor an insider or related party?**
Creditor's email address, if known         ■ No
                                           ☐ Yes
                                           **Is anyone else liable on this claim?**
**Date debt was incurred**                 ■ No
                                           ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**          **As of the petition filing date, the claim is:**
**interest in the same property?**         Check all that apply
■ No                                       ☐ Contingent
☐ Yes. Specify each creditor,              ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $3,237,862.95

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

**Fill in this information to identify the case:**

Debtor name    **Lindsley Excavating LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | | **Unknown** | **$0.00** |
| **2.2** | Priority creditor's name and mailing address<br>**NYS Deparment of Taxation & Finance**<br>**Building 9**<br>**W.A. Harriman Campus**<br>**Albany, NY 12227**<br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Payroll taxes**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | | **$14,000.00** | **$14,000.00** |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor   **Lindsley Excavating LLC**
_____    Case number (if known) _____
Name

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,990.30** |
|---|---|---|---|

**Action Printwear**
**2566 Warners Road**
**Waterloo, NY 13165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,713.63** |
|---|---|---|---|

**Alta Equipment**
**5985 Court Street Road**
**Syracuse, NY 13206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$46,229.96** |
|---|---|---|---|

**Atals Bituminous Co., Inc.**
**173 Farrell Road**
**Syracuse, NY 13209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$186.76** |
|---|---|---|---|

**Babcock Highway Supply, Inc.**
**565 Co. Rte. 51A**
**Oswego, NY 13126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,917.99** |
|---|---|---|---|

**Baurer Concrete**
**10262 County Route 76**
**Henderson, NY 13650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,603.25** |
|---|---|---|---|

**Bourdeau Brothers**
**590 Mason Road**
**Champlain, NY 12919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,000.00** |
|---|---|---|---|

**Buell Fuel**
**PO Box 189**
**Deansboro, NY 13328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Fuel**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Lindsley Excavating LLC**
Name

Case number (*if known*) _____

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,202.85** |

**Butler Disposal Systems**
**PO Box 728**
**Fulton, NY 13069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$55,000.00** |

**Capybara USA**
**6501 Congress Avenue, Ste. 340**
**Boca Raton, FL 33487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$27,646.20** |

**Circle T Enterprises**
**178 Darrow Road**
**Mexico, NY 13114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$77,357.79** |

**Core and Main**
**1830 Craig Park Court**
**Saint Louis, MO 63146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,232.19** |

**Core Funding/Ershowsky Verstandig PLLC**
**49 Front St., Ste. 6**
**Rockville Centre, NY 11570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecued loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,637.28** |

**E&V Energy Corporation**
**365 N First Street**
**Fulton, NY 13069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,693.92** |

**FW Webb**
**6792 Townline Road**
**Syracuse, NY 13221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Lindsley Excavating LLC**

Name

Case number (if known) _____

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,681.00**

**Galli Law, PLLC**
**6555 Ridings Road**
**Syracuse, NY 13206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$90,000.00**

**Heidleberg Materials**
**15620 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,550.00**

**Ianuzi and Romans Land Surveying**
**5251 Witze Drive**
**Syracuse, NY 13212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$17,674.88**

**Jefferson Concrete**
**22850 County Rd 51**
**Watertown, NY 13601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,714.34**

**Kleis Equipment**
**1837 State Route 49**
**Constantia, NY 13044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14,000.00**

**LaFlamme**
**20119 Youngs Road**
**Watertown, NY 13601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$413,487.11**

**Melink Solar, LLC**
**8805 Govennors Hill Drive**
**Ste. 300**
**Cincinnati, OH 45249**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Lindsley Excavating LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** <br> **MidCountry Machinery** <br> **3478 5th Ave.** <br> **Fort Dodge, IA 50501** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** _Check all that apply._ <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  **Supplies** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$45,013.21** |
| 3.23 | **Nonpriority creditor's name and mailing address** <br> **Milton Cat** <br> **7309 Eastman Road** <br> **Syracuse, NY 13212** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** _Check all that apply._ <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$1,950.00** |
| 3.24 | **Nonpriority creditor's name and mailing address** <br> **New Haven Building Supply** <br> **16 Hickory Grove Drive** <br> **Oswego, NY 13126** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** _Check all that apply._ <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$3,746.40** |
| 3.25 | **Nonpriority creditor's name and mailing address** <br> **NOCO** <br> **2440 Sheridan Drive** <br> **Tonawanda, NY 14150** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** _Check all that apply._ <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  **Supplies** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$38,000.00** |
| 3.26 | **Nonpriority creditor's name and mailing address** <br> **Northern Asphalt** <br> **6131 Taft Road** <br> **Syracuse, NY 13212** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** _Check all that apply._ <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  **Supplies** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$96,967.17** |
| 3.27 | **Nonpriority creditor's name and mailing address** <br> **On Deck** <br> **4700 W Daybreak Pkwy, Ste. 200** <br> **South Jordan, UT 84009** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** _Check all that apply._ <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  **Unsecured loan** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$12,000.00** |
| 3.28 | **Nonpriority creditor's name and mailing address** <br> **PBS Sales and Service** <br> **6044 Corporate Drive** <br> **East Syracuse, NY 13057** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** _Check all that apply._ <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$1,025.52** |

| Debtor | **Lindsley Excavating LLC** | Case number (if known) |
|---|---|---|
| | Name | |

**3.29** | **Nonpriority creditor's name and mailing address**
**RG King General Construction**
**13018 County Rte. 105**
**Adams Center, NY 13606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$71,795.73**

---

**3.30** | **Nonpriority creditor's name and mailing address**
**Riccelli Enterprises**
**6131 Taft Road**
**Syracuse, NY 13212**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$18,119.76**

---

**3.31** | **Nonpriority creditor's name and mailing address**
**Selective Insurance**
**40 Wantage Ave.**
**Branchville, NJ 07890**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$16,538.90**

---

**3.32** | **Nonpriority creditor's name and mailing address**
**Seneca Stone**
**2105 S Broadway**
**Pine City, NY 14871**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$10,868.93**

---

**3.33** | **Nonpriority creditor's name and mailing address**
**Sunbelt Rentals**
**PO Box 409211**
**Atlanta, GA 30384**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$22,437.92**

---

**3.34** | **Nonpriority creditor's name and mailing address**
**Superior Lubricants**
**PO Box 74657**
**Cleveland, OH 44191**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,278.03**

---

**3.35** | **Nonpriority creditor's name and mailing address**
**Syrastone, Inc.**
**7395 Taft Park Drive**
**East Syracuse, NY 13057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$25,234.99**

---

Debtor   **Lindsley Excavating LLC**                                         Case number (if known) _____
         Name

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,250.00** |
|---|---|---|---|

**TK Kinsella**
**PO Box 7**
**Fayetteville, NY 13066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,960.00** |
|---|---|---|---|

**Tri-Point**
**PO Box 116**
**Wynantskill, NY 12198**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$724.44** |
|---|---|---|---|

**Upstate Equipment**
**6830 South Transit Road**
**Lockport, NY 14094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$600.00** |
|---|---|---|---|

**Verizon**
**1095 Avenue of the Americas**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,200.00** |
|---|---|---|---|

**Versatile**
**527 NY-31**
**Port Byron, NY 13140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Office rental**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$155,000.00** |
|---|---|---|---|

**Webfund**
**99 Wall Street, Ste. 1540**
**New York, NY 10005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$21,551.14** |
|---|---|---|---|

**White Cap**
**PO Box 4944**
**Orlando, FL 32802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Lindsley Excavating LLC**
      Name

Case number (if known) _____

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$250.00** |

**Windstream**
**4001 N. Rodney Parham Road**
**Little Rock, AR 72212**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Phone service__

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **Bond, Schoeneck, & King, PLLC**<br>**One Lincoln Center, 110 W Fayette St**<br>**Syracuse, NY 13202** | Line **3.32**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **CCO**<br>**34 Seymour Street**<br>**Tonawanda, NY 14150** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Harris Beach PLLC**<br>**333 West Washington St**<br>**Suite 200**<br>**NY 13202** | Line **3.36**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Melvin & Melvin, LLP**<br>**217 South Salina Street, Suite 700**<br>**Syracuse, NY 13202** | Line **3.26**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Melvin & Melvin, LLP**<br>**217 South Salina Street, Suite 700**<br>**Syracuse, NY 13202** | Line **3.30**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Pieson Ferdinand, LLP**<br>**1270 Avenue of Americas**<br>**7th Fl 1050**<br>**New York, NY 10020** | Line **3.21**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Riehlman, Shafer & Shaw, LLC**<br>**P.O. Box 544**<br>**Tully, NY 13159** | Line **3.13**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Romeo and Romeo, PC**<br>**PO Boxd 250**<br>**Fulton, NY 13069** | Line **3.19**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Sheats & Bailey, PLLC**<br>**PO Box 586**<br>**Liverpool, NY 13088** | Line **3.35**<br><br>☐ Not listed. Explain ____ | _ |

Debtor    **Lindsley Excavating LLC**                                    Case number (if known) _____
          Name

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.10  **Stein and Stein, LLP**<br>**960 Teaneck Road, Ste. 201**<br>**Teaneck, NJ 07666** | Line __3.31__<br><br>☐   Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 14,000.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,383,031.59 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,397,031.59 |

**Fill in this information to identify the case:**

Debtor name    **Lindsley Excavating LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**

■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract _____ | _____ |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract _____ | _____ |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract _____ | _____ |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract _____ | _____ |

**Fill in this information to identify the case:**

Debtor name     **Lindsley Excavating LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Shawn Lindsley** | **92 Townline Road Fulton, NY 13069** | **Seneca Stone** | ☐ D _____ ■ E/F **3.32** ☐ G _____ |
| 2.2 | **Shawn Lindsley** | **92 Townline Road Fulton, NY 13069** | **Syrastone, Inc.** | ☐ D _____ ■ E/F **3.35** ☐ G _____ |
| 2.3 | **Shawn Lindsley** | **92 Townline Road Fulton, NY 13069** | **Core Funding/Ershowsky Verstandig PLLC** | ☐ D _____ ■ E/F **3.12** ☐ G _____ |
| 2.4 | **Shawn Lindsley** | **92 Townline Road Fulton, NY 13069** | **Northern Asphalt** | ☐ D _____ ■ E/F **3.26** ☐ G _____ |
| 2.5 | **Shawn Lindsley** | **92 Townline Road Fulton, NY 13069** | **Riccelli Enterprises** | ☐ D _____ ■ E/F **3.30** ☐ G _____ |

Debtor   **Lindsley Excavating LLC**                                    Case number *(if known)* _____

**▮ Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 **Shawn Lindsley** | **92 Townline Road** <br> **Fulton, NY 13069** | **TK Kinsella** | ☐ D _____ <br> ■ E/F __**3.36**__ <br> ☐ G _____ |
| 2.7 **Shawn Lindsley** | **92 Townline Road** <br> **Fulton, NY 13069** | **E&V Energy Corporation** | ☐ D _____ <br> ■ E/F __**3.13**__ <br> ☐ G _____ |
| 2.8 **Shawn Lindsley** | **92 Townline Road** <br> **Fulton, NY 13069** | **Melink Solar, LLC** | ☐ D _____ <br> ■ E/F __**3.21**__ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Lindsley Excavating LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| **For year before that:** From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$2,358,890.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- |
| 3.1.    **Translease**<br>**PO Box 172686**<br>**Denver, CO 80217** | **90 days** | **$8,390.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Lindsley Excavating LLC**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.2. **Volvo** <br> **PO Box 26131** <br> **Greensboro, NC 27402** | **90 days** | **$21,276.61** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other__ |
| 3.3. **Newtek** <br> **1981 Marcus Ave., Ste. 130** <br> **New Hyde Park, NY 11042** | **90 days** | **$10,117.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other__ |
| 3.4. **Verdant** <br> **9987 Carver Rd., Ste. 110** <br> **Cincinnati, OH 45242** | **90 days** | **Unknown** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other__ |
| 3.5. **Core Funding/Ershowsky Verstandig PLLC** <br> **49 Front St., Ste. 6** <br> **Rockville Centre, NY 11570** | **90 days** | **$36,750.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other__ |
| 3.6. **Seneca Stone** <br> **2105 S Broadway** <br> **Pine City, NY 14871** | **90 days** | **$4,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address <br> Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Debtor    **Lindsley Excavating LLC** _____    Case number *(if known)* _____

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Seneca Stone Corporation vs. Lindsley Excavating, et al.** **2025-5537** | | **Supreme Court, Chemung County** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **Syrstone, Inc. vs. Lindsley Excavating, LLC** **006212/2025** | | **Supreme Court, Onondaga County** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | **E&V Energy Corporation vs. Lindsley Excavating, et al.** **2025-1461** | | **Supreme Court, Oswego County** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. | **Melink Solar, LLC vs. Lindsley Excavating, et al.** **CV26-01406** | | **Supreme Court, Orleans County** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.5. | **T.H. Kinsella, Inc. vs. Lindsley Excavating, et al.** **006547/2023** | | **Supreme Court, Onondaga County** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.6. | **Northern Asphalt vs. Lindsley Excavating, et al.** **010214/2025** | | **Supreme Court, Onondaga County** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.7. | **Riccelli Enterprises vs. Lindsley Excavating, et al.** **010216/2025** | | **Surpeme Court, Onondaga County** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.8. | **Lindsley Excavating vs. EJ Prescott** **2024-0486** | | **Supreme Court, Oswego County** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.9. | **Selective Insurance Group vs. Lindsley Excavating, et al.** **2026-0291** | | **Supreme Court, Oswego County** | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor   **Lindsley Excavating LLC**                                    Case number *(if known)*

---

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---------|---------------------------------------------|

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------------------------------|-------------------------------------------|-------------|-------|

| Part 5: | Certain Losses |
|---------|----------------|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Orville & McDonald Law, P.C. 4100 Vestal Road, Suite 103 Vestal, NY 13850** | **Attorney Fees** | | **$18,262.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|-------------------------|-----------------------------------|---------------------------|-----------------------|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

---

Debtor   **Lindsley Excavating LLC**          Case number *(if known)*

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

■ None.

## Part 7:   Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor   **Lindsley Excavating LLC**                                    Case number *(if known)*

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■   No.
   ☐   Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.   **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■   No.
   ☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■   No.
   ☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **6**

Debtor    **Lindsley Excavating LLC**                                         Case number *(if known)* _____

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Shawn Lindsley** | | **President** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **7**

Debtor   **Lindsley Excavating LLC**                                    Case number *(if known)* _____

loans, credits on loans, stock redemptions, and options exercised?

■   No
☐   Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■   No
☐   Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■   No
☐   Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **April  3, 2026**

**/s/ Shawn Lindsley**                              **Shawn Lindsley**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Northern District of New York

In re   **Lindsley Excavating LLC**

Debtor(s)

Case No.

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **18,262.00** |
| Prior to the filing of this statement I have received | $ | **18,262.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

   ■ Debtor     □ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor     □ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   □ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [List other services that counsel has agreed to provide]
      **Further fees as allowed by the court**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April  3, 2026**

*Date*

**/s/ Peter A. Orville**

**Peter A. Orville 1735935**
*Signature of Attorney*
**Orville & McDonald Law, P.C.**
**4100 Vestal Road, Suite 103**
**Vestal, NY 13850**
**607-770-1007   Fax: 607-770-1110**

*Name of law firm*

# United States Bankruptcy Court
### Northern District of New York

In re   **Lindsley Excavating LLC**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April  3, 2026**

Signature   **/s/ Shawn Lindsley**

**Shawn Lindsley**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re   **Lindsley Excavating LLC**                                              ,

                                    Debtor                    Case No.

                                                             Chapter   **11**

Social Security No(s). and all Employer's Tax Identification No(s). *[if any]*
**47-4195525**

## CERTIFICATION OF MAILING MATRIX

I,(we),  **Peter A. Orville 1735935**  , the attorney for the debtor/petitioner (or, if appropriate, the debtor(s) or

petitioner(s)) hereby certify under the penalties of perjury that the above/attached mailing matrix has been

compared to and contains the names, addresses and zip codes of all persons and entities, as they appear on the

schedules of liabilities/list of creditors/list of equity security holders, or any amendment thereto filed herewith.

Dated:   **April  3, 2026**

                                        **/s/ Peter A. Orville**

                                        **Peter A. Orville 1735935**

                                        Attorney for Debtor/Petitioner
                                        (Debtor(s)/Petitioner(s))

F:LR1007 (10/19/99)

Action Printwear
2566 Warners Road
Waterloo, NY 13165


Ally
PO Box 382902
Minneapolis, MN 55438


Alta Equipment
5985 Court Street Road
Syracuse, NY 13206


Amur
304 W 3rd St.
PO Box 2555
Grand Island, NE 68801


Ascentium
23970 Hwy 59N
Kingwood, TX 77339


Atals Bituminous Co., Inc.
173 Farrell Road
Syracuse, NY 13209


Babcock Highway Supply, Inc.
565 Co. Rte. 51A
Oswego, NY 13126


Baurer Concrete
10262 County Route 76
Henderson, NY 13650


Blue Bridge
11921 Freedom Dr., Ste. 1130
Reston, VA 20190


Bond, Schoeneck, & King, PLLC
One Lincoln Center, 110 W Fayette St
Syracuse, NY 13202

Bourdeau Brothers
590 Mason Road
Champlain, NY 12919


Buell Fuel
PO Box 189
Deansboro, NY 13328


Butler Disposal Systems
PO Box 728
Fulton, NY 13069


Canon
14904 Collections Dr.
Chicago, IL 60693


Capybara USA
6501 Congress Avenue, Ste. 340
Boca Raton, FL 33487


Caterpillar
PO Box 13834
Newark, NJ 07188


CCO
34 Seymour Street
Tonawanda, NY 14150


Circle T Enterprises
178 Darrow Road
Mexico, NY 13114


Commercial Credit Group
400 Essjay, Ste. 340
Buffalo, NY 14221


Core and Main
1830 Craig Park Court
Saint Louis, MO 63146


Core Funding/Ershowsky Verstandig PLLC
49 Front St., Ste. 6
Rockville Centre, NY 11570

E&V Energy Corporation
365 N First Street
Fulton, NY 13069


Financial Pacific
3455 S 344th Way, Ste. 300
Auburn, WA 98001


Financial Partners Group
65 Mechanic Street, Ste. 207
Red Bank, NJ 07701


First Citizens Bank
155 Commerce Way
Portsmouth, NH 03801


First Federal


FW Webb
6792 Townline Road
Syracuse, NY 13221


Galli Law, PLLC
6555 Ridings Road
Syracuse, NY 13206


Harris Beach PLLC
333 West Washington St
Suite 200
NY 13202


Heidleberg Materials
15620 Collection Center Drive
Chicago, IL 60693


Ianuzi and Romans Land Surveying
5251 Witze Drive
Syracuse, NY 13212


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Jefferson Concrete
22850 County Rd 51
Watertown, NY 13601


Kleis Equipment
1837 State Route 49
Constantia, NY 13044


Kubota Credit
P.O. Box 2046
Grapevine, TX 76099


LaFlamme
20119 Youngs Road
Watertown, NY 13601


Melink Solar, LLC
8805 Govennors Hill Drive
Ste. 300
Cincinnati, OH 45249


Melvin & Melvin, LLP
217 South Salina Street, Suite 700
Syracuse, NY 13202


MidCountry Machinery
3478 5th Ave.
Fort Dodge, IA 50501


Midland
PO Box 2149
Gig Harbor, WA 98335


Milton Cat
7309 Eastman Road
Syracuse, NY 13212


New Haven Building Supply
16 Hickory Grove Drive
Oswego, NY 13126

Newtek
1981 Marcus Ave., Ste. 130
New Hyde Park, NY 11042


Nextgen
3292 Levis Commons Blvd.
Perrysburg, OH 43551


NOCO
2440 Sheridan Drive
Tonawanda, NY 14150


Northern Asphalt
6131 Taft Road
Syracuse, NY 13212


NYS Deparment of Taxation & Finance
Building 9
W.A. Harriman Campus
Albany, NY 12227


On Deck
4700 W Daybreak Pkwy, Ste. 200
South Jordan, UT 84009


Oswego County FCU
90 E Bridge St.
Oswego, NY 13126


PBS Sales and Service
6044 Corporate Drive
East Syracuse, NY 13057


Pieson Ferdinand, LLP
1270 Avenue of Americas
7th Fl 1050
New York, NY 10020


RG King General Construction
13018 County Rte. 105
Adams Center, NY 13606

Riccelli Enterprises
6131 Taft Road
Syracuse, NY 13212


Riehlman, Shafer & Shaw, LLC
P.O. Box 544
Tully, NY 13159


Romeo and Romeo, PC
PO Boxd 250
Fulton, NY 13069


Selective Insurance
40 Wantage Ave.
Branchville, NJ 07890


Seneca Stone
2105 S Broadway
Pine City, NY 14871


Shawn Lindsley
92 Townline Road
Fulton, NY 13069


Sheats & Bailey, PLLC
PO Box 586
Liverpool, NY 13088


Stein and Stein, LLP
960 Teaneck Road, Ste. 201
Teaneck, NJ 07666


Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384


Superior Lubricants
PO Box 74657
Cleveland, OH 44191


Syrastone, Inc.
7395 Taft Park Drive
East Syracuse, NY 13057

TK Kinsella
PO Box 7
Fayetteville, NY 13066


Translease
PO Box 172686
Denver, CO 80217


Tri-Point
PO Box 116
Wynantskill, NY 12198


Upstate Equipment
6830 South Transit Road
Lockport, NY 14094


US Small Business Administration
Office of General Counsel
130 South Elmwood Ave, Suite 540
Buffalo, NY 14202


Verdant
9987 Carver Rd., Ste. 110
Cincinnati, OH 45242


Verizon
1095 Avenue of the Americas
New York, NY 10036


Versatile
527 NY-31
Port Byron, NY 13140


Volvo
PO Box 26131
Greensboro, NC 27402


Webfund
99 Wall Street, Ste. 1540
New York, NY 10005

White Cap
PO Box 4944
Orlando, FL 32802


Windstream
4001 N. Rodney Parham Road
Little Rock, AR 72212

## United States Bankruptcy Court
### Northern District of New York

In re   **Lindsley Excavating LLC**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Lindsley Excavating LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April  3, 2026**

Date

**/s/ Peter A. Orville**

**Peter A. Orville 1735935**

Signature of Attorney or Litigant
Counsel for   **Lindsley Excavating LLC**

**Orville & McDonald Law, P.C.**

**4100 Vestal Road, Suite 103**
**Vestal, NY 13850**
**607-770-1007 Fax:607-770-1110**