UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: Lindsley Excavating LLC,

Case No. 26-
Chapter 11 Case

Debtor.

### CERTIFICATION OF 20 LARGEST CREDITORS MAILING MATRIX

I, Shawn Lindsley, President of Lindsley Excavating LLC, the Debtor herein, hereby certify under the penalties of perjury that the attached mailing matrix contains creditors holding the 20 largest unsecured claims with correct names, addresses and zip codes, as they appear on the schedules of liabilities, list of creditors and list of equity security holders (or any amendment thereto).

Dated:   04/03/2026                    /s/ Shawn Lindsley
                                       Shawn Lindsley, President

Ally
PO Box 382902
Minneapolis, MN 55438

Amur
304 W 3rd St.
PO Box 2555
Grand Island, NE 68801

Atals Bituminous Co., Inc.
173 Farrell Road
Syracuse, NY 13209

Blue Bridge
11921 Freedom Dr., Ste. 1130
Reston, VA 20190

Canon
14904 Collections Dr.
Chicago, IL 60693

Capybara USA
6501 Congress Avenue, Ste. 340
Boca Raton, FL 33487

Caterpillar
PO Box 13834
Newark, NJ 07188

Core and Main
1830 Craig Park Court
Saint Louis, MO 63146

First Federal
FW Webb
6792 Townline Road
Syracuse, NY 13221

Heidleberg Materials
15620 Collection Center Drive
Chicago, IL 60693

Melink Solar, LLC
8805 Governors Hill Drive
Ste. 300
Cincinnati, OH 45249

MidCountry Machinery
3478 5th Ave.
Fort Dodge, IA 50501

NOCO
2440 Sheridan Drive
Tonawanda, NY 14150

Newtek
1981 Marcus Ave., Ste. 130
New Hyde Park, NY 11042

Nextgen
3292 Levis Commons Blvd.
Perrysburg, OH 43551

Northern Asphalt
6131 Taft Road
Syracuse, NY 13212

RG King General Construction
13018 County Rte. 105
Adams Center, NY 13606

Translease
PO Box 172686
Denver, CO 80217

Volvo
PO Box 26131
Greensboro, NC 27402

Webfund
99 Wall Street, Ste. 1540
New York, NY 10005