# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Lindsley Excavating LLC<br><br>47−4195525<br>92 Townline Road<br>Fulton, NY 13069 | )<br>)<br>)<br>)Case Number: 26−30263−5−pgr<br>)<br>)<br>)<br>)<br>)<br>)Chapter: 11<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## *NOTICE OF DEADLINES*

Notice is hereby given regarding document deadlines;

Notice of Deadlines. Affidavit Pursuant to LR 2015 due by 4/10/2026. (O'Connell, Theresa)

Debtor(s) are responsible for timely filing all documents. The responsibility for preparing, submitting, and monitoring a complete filing lies with the filer(s). Do not rely on the Clerk's office to alert you regarding incomplete case filings.

Please note: ***This case may be dismissed upon further notice or hearing if the above referenced documents are not filed with the Court***.

Date: 4/3/26

CYNTHIA A. PLATT
Clerk of the Bankruptcy Court

United States Bankruptcy Court

Northern District of New York

In re:                                                                                          Case No. 26-30263-pgr

Lindsley Excavating LLC                                                          Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0206-5                        User: admin                                        Page 1 of 1

Date Rcvd: Apr 03, 2026                Form ID: ntcddl                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol       Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2026:**

**Recip ID              Recipient Name and Address**
db              + Lindsley Excavating LLC, 92 Townline Road, Fulton, NY 13069-4549

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2026                        Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2026 at the address(es) listed below:**

**Name                              Email Address**

Peter Alan Orville

      on behalf of Debtor Lindsley Excavating LLC peteropc@gmail.com
      sheiladesantis1@gmail.com;orvillepr77495@notify.bestcase.com

U.S. Trustee

      USTPRegion02.UT.ECF@usdoj.gov

TOTAL: 2