WHITEFORD, TAYLOR & PRESTON L.L.P.
444 Madison Avenue, 4th Floor
New York, NY 10022
(914) 761-8400
klewis@whitefordlaw.com
Kenneth M. Lewis

*Attorneys for Caterpillar Financial*
*Services Corporation*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

                                          Chapter 11

Lindsley Excavating LLC,

                                          Case No. 26-30263-5-pgr

                        Debtor.

---------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code and

Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure, Whiteford, Taylor &

Preston L.L.P. hereby appears as attorneys for Caterpillar Financial Services Corporation, and

requests that copies of all notices and pleadings given or filed in this case, or required to be given

or filed in this case, be given and served upon it at the following address:

> Kenneth M. Lewis, Esq.
> Whiteford, Taylor & Preston L.L.P.
> 444 Madison Avenue, 4th Floor
> New York, NY 10022
> (914) 761-8400
> klewis@whitefordlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the

notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without

limitation, any order, notice, hearing date, application, plan, complaint, demand, motion, petition,

pleading or request, whether formal or informal, written or oral and whether transmitted or

conveyed by mail, hand delivery, telephone, electronic filing, email, facsimile or otherwise, in this case or in any proceedings herein.

Neither this Notice of Appearance nor any other appearance, pleading, filing, claim, or suit is intended or shall be deemed or construed to be (i) a consent to the jurisdiction of this Court or any other court with respect to any actions or proceedings against or otherwise involving Caterpillar Financial Services Corporation, or (ii) a waiver of Caterpillar Financial Services Corporation's (a) right to have final orders entered only after *de novo* review by a district judge; (b) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (c) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; (d) right to enforce any contractual provision with respect to arbitration; or (e) other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: New York, New York
      April 8, 2026

WHITEFORD, TAYLOR & PRESTON L.L.P.

By: */s/ Kenneth M. Lewis*
    Kenneth M. Lewis

444 Madison Avenue, 4th Floor
New York, NY 10022
(914) 761-8400
klewis@whitefordlaw.com

*Attorneys for Caterpillar Financial*
 *Services Corporation*