UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:

                                   Chapter 11

Lindsley Excavating LLC,

                                   Case No. 26-30263-5-pgr

                    Debtor.
--------------------------------------------------------x

**CERTIFICATE OF SERVICE OF OBJECTION OF CATERPILLAR
FINANCIAL SERVICES CORPORATION
TO DEBTOR'S MOTION FOR AN ORDER AUTHORIZING THE
<u>INTERIM AND PERMANENT USE OF CASH COLLATERAL</u>**

The undersigned, under penalty of perjury, hereby certifies as follows:

I am over 18 years of age and am not a party to this proceeding.

On April 10, 2026, I caused to be served a true copy of the Objection of Caterpillar Financial Services Corporation to Debtor's Motion For an Order Authorizing the Interim and Permanent Use of Cash Collateral [Doc. No. 23], along with the notice of electronic filing of the objection, by email, upon: (i) Peter Alan Orville at peteropc@gmail.com; (ii) Scott M Lupiani at scott.lupiani@pierferd.com; and (iii) Erin Champion at USTPRegion02.UT.ECF@usdoj.gov and erin.champion@usdoj.gov.

Dated: April 10, 2026

                                */s/ Kenneth M. Lewis*
                                Kenneth M. Lewis