U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

IN RE: Lindsley Excavating, LLC,                    Chapter 11-
                Debtor.                      Case No. 26-30263


                                  AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                        )SS.
COUNTY OF BROOME      )


      SHEILA K. DESANTIS, employee of Orville & McDonald Law, P.C., 4100 Vestal
Road, Suite 103, vestal, NY  13850 being sworn says:

      1.  I am not a party to the action, am over 18 years of age and reside in
Binghamton, New York.

      2.  I hereby certify that on April 9, 2026 I served the Interim Order Authorizing
Debtor in Possession's Use of Cash Collateral and Notice of Further Hearing (ECF #22) by
emailing same to the following:

- Erin Champion at US Trustee. - Erin.Champion@usdoj.gov
- Paula Barbaruolo at US Trustee- Paula.barbaruolo@usdoj.gov
- Jessica Keltz, Esq for SBA- Jessica.Keltz@sba.gov

      And served by first class mail to the Creditors listed below and on the attached sheet.

      Newtek Small Business Finance, LLC
      Attn::  an officer, a management or
      General agent, or to any other agent authorized
      200 S. Orange
      Avenue # 1175
      Orlando, FL
      32801-6403

      VState
      Attn::  an officer, a management or
      General agent, or to any other agent authorized
      301 Mill Road, Suite
      U-5
      Hewlett, NY  11557

Attn:: an officer, a management or
General agent, or to any other agent authorized
155 Commerce Way
Portsmouth, NH 03801-3243


Oswego County Federal Credit Union
Attn:: an officer, a management or
General agent, or to any other agent authorized
90 E Bridge Street
Owego, NY  13126

Heidelberg Materials NE NY, LLC d/b/a
Hanson Aggregates, New York LLC
Attn:: an officer, a management or
General agent, or to any other agent authorized
300 E John Carpenter Freeway
Irving, TX 75062


       /s/ Sheila K. DeSantis
       SHEILA K. DESANTIS

Sworn to before me this 9th day
of April, 2026.

/s/Peter A. Orville
Notary Public
State of New York: County of Broome
Reg. No. 02OR6101109
Commission Expires 11/3/27