Label Matrix for local noticing
0206-5
Case 26-30263-5-pgr
Northern District of New York
Syracuse
Wed Apr  8 16:56:28 EDT 2026

Action Printwear
2566 Warners Road
Waterloo, NY 13165

Ally
PO Box 382902
Minneapolis, MN 55438

Ally Bank c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Alta Equipment
5985 Court Street Road
Syracuse, NY 13206-1707

Amur
304 W 3rd St.
PO Box 2555
Grand Island, NE 68802-2555

Andrew B. Glaab
Cohn & Dussi, LLC
255 State Street Suite 7B
Boston, MA 02109-2613

(p)ASCENTIUM CAPITAL
ATTN BANKRUPTCY
23970 US 59 NORTH
KINGWOOD TX 77339-1535

Atals Bituminous Co., Inc.
173 Farrell Road
Syracuse, NY 13209-1823

Attn: Ally Bank Department
AIS Portfolio Services, LLC
Account: XXXXXXXX1775
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Attn: Ally Bank Department
AIS Portfolio Services, LLC
Account: XXXXXXXX2115
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Babcock Highway Supply, Inc.
565 Co. Rte. 51A
Oswego, NY 13126-6384

Baurer Concrete
10262 County Route 76
Henderson, NY 13650

Blue Bridge
11921 Freedom Dr., Ste. 1130
Reston, VA 20190-6225

Bond, Schoeneck, & King, PLLC
One Lincoln Center, 110 W Fayette St
Syracuse, NY 13202

Bourdeau Brothers
590 Mason Road
Champlain, NY 12919-4855

Buell Fuel
PO Box 189
Deansboro, NY 13328-0189

Butler Disposal Systems
PO Box 728
Fulton, NY 13069-0728

CCO
34 Seymour Street
Tonawanda, NY 14150-2126

Canon
14904 Collections Dr.
Chicago, IL 60693-0001

Capybara USA
6501 Congress Avenue, Ste. 340
Boca Raton, FL 33487-2840

Caterpillar
PO Box 13834
Newark, NJ 07188-3834

Circle T Enterprises
178 Darrow Road
Mexico, NY 13114-3281

(p)COMMERCIAL CREDIT GROUP INC
525 N TRYON STREET
STE 1000
CHARLOTTE NC 28202-0210

Core Funding/Ershowsky Verstandig PLLC
49 Front St., Ste. 6
Rockville Centre, NY 11570-4044

Core and Main
1830 Craig Park Court
Saint Louis, MO 63146-4122

E&V Energy Corporation
365 N First Street
Fulton, NY 13069-5801

FW Webb
6792 Townline Road
Syracuse, NY 13211-1911

Financial Pacific
3455 S 344th Way, Ste. 300
Auburn, WA 98001-9546

Financial Partners Group
65 Mechanic Street, Ste. 207
Red Bank, NJ 07701-1852

First Citizens Bank
155 Commerce Way
Portsmouth, NH 03801-3243

Galli Law, PLLC
6555 Ridings Road
Syracuse, NY 13206-1202

Harris Beach PLLC
333 West Washington St
Suite 200
NY 13202-5202

Heidleberg Materials
15620 Collection Center Drive
Chicago, IL 60693-0001

Ianuzi and Romans Land Surveying
5251 Witze Drive
Syracuse, NY 13212-6500

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Jefferson Concrete
22850 County Rd 51
Watertown, NY 13601-5081

Kleis Equipment
1837 State Route 49
Constantia, NY 13044-2604

Kubota Credit
P.O. Box 2046
Grapevine, TX 76099-2046

LaFlamme
20119 Youngs Road
Watertown, NY 13601

Kenneth Michael Lewis
Whiteford, Taylor & Preston, L.L.P.
444 Madison Avenue
4th Floor
New York, NY 10022-6903

Lindsley Excavating LLC
92 Townline Road
Fulton, NY 13069-4549

Scott M Lupiani
Pierson Ferdinand LLP
1270 Avenue of the Americas
7th Floor, Suite 1050
New York, NY 10020-0075

Melink Solar, LLC
8805 Governors Hill Drive
Suite 300
Cincinnati, OH 45249-3312

Melink Solar, LLC
8805 Govennors Hill Drive
Ste. 300
Cincinnati, OH 45249-3312

Melink Solar, LLC
c/o Scott M. Lupiani, Esq.
Pierson Ferdinand LLP
1270 Avenue of the Americas, 7th Floor
New York, New York 10020-1702

Melvin & Melvin, LLP
217 South Salina Street, Suite 700
Syracuse, NY 13202-1390

MidCountry Machinery
3478 5th Ave.
Fort Dodge, IA 50501-6427

Midland
PO Box 2149
Gig Harbor, WA 98335-4149

Milton Cat
7309 Eastman Road
Syracuse, NY 13212-2507

NOCO
2440 Sheridan Drive
Tonawanda, NY 14150-9493

NYS Deparment of Taxation & Finance
Building 9
W.A. Harriman Campus
Albany, NY 12227-0001

NYS Dept. of Taxation and Finance
Attn: Bankruptcy Unit
P.O. Box 5300
Albany NY 12205-0300

New Haven Building Supply
16 Hickory Grove Drive
Oswego, NY 13126-6262

(p)ELIOT KIRSHNITZ
1981 MARCUS AVENUE SUITE 130
LAKE SUCCESS NY 11042-1046

Nextgen
3292 Levis Commons Blvd.
Perrysburg, OH 43551-7144

Northern Asphalt
6131 Taft Road
Syracuse, NY 13212-2525

On Deck
4700 W Daybreak Pkwy, Ste. 200
South Jordan, UT 84009-5133

Peter Alan Orville
Peter A Orville, PC
4100 Vestal Road
Suite 103
Vestal, NY 13850-3564

Oswego County FCU
90 E Bridge St.
Oswego, NY 13126

PBS Sales and Service
6044 Corporate Drive
East Syracuse, NY 13057-1017

Pierson Ferdinand LLP
1270 Avenue of Americas
7th Fl 1050
New York, NY 10020-0075

RG King General Construction
13018 County Rte. 105
Adams Center, NY 13606

RK Consultants, LLC
112 West 34th Street, Suite 18028
New York, NY 10120-0101

Riccelli Enterprises
6131 Taft Road
Syracuse, NY 13212-2525

Riehlman, Shafer & Shaw, LLC
P.O. Box 544
Tully, NY 13159-0544

(p)ROMEO & ROMEO  PC
PO BOX 250
FULTON NY 13069-0250

Selective Insurance
40 Wantage Ave.
Branchville, NJ 07890-0002

Seneca Stone
2105 S Broadway
Pine City, NY 14871-9700

Shawn Lindsley
92 Townline Road
Fulton, NY 13069-4549

Sheats & Bailey, PLLC
PO Box 586
Liverpool, NY 13088-0586

Stein and Stein, LLP
960 Teaneck Road, Ste. 201
Teaneck, NJ 07666-4509

Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211

Superior Lubricants
PO Box 74657
Cleveland, OH 44191-0001

Syrastone, Inc.
7395 Taft Park Drive
East Syracuse, NY 13057-9639

TK Kinsella
PO Box 7
Fayetteville, NY 13066-0007

Translease
PO Box 172686
Denver, CO 80217-2686

Tri-Point
PO Box 116
Wynantskill, NY 12198-0116

U.S. Trustee
Office of the U.S. Trustee
100 State Street
Room 4230
Rochester, NY 14614-1321

US Small Business Administration
Office of General Counsel
130 South Elmwood Ave, Suite 540
Buffalo, NY 14202-2419

United States Attorney, NDNY
P.O. Box 7198
Syracuse, NY 13261-7198

Upstate Equipment
6830 South Transit Road
Lockport, NY 14094-6339

Verdant
9987 Carver Rd., Ste. 110
Cincinnati, OH 45242-5552

Verizon
1095 Avenue of the Americas
New York, NY 10036-6704

Versatile
527 NY-31
Port Byron, NY 13140

Volvo
PO Box 26131
Greensboro, NC 27402-6131

Webfund
99 Wall Street, Ste. 1540
New York, NY 10005-4301

White Cap
PO Box 4944
Orlando, FL 32802-4944

Windstream
4001 N. Rodney Parham Road
Little Rock, AR 72212-2490

Wintrust Specialty Finance
Andrew Glaab, Esq.
Cohn & Dussi, LLC
255 State Street, Suite 7B
Boston, MA 02109-2613

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Ascentium
23970 Hwy 59N
Kingwood, TX 77339

Commercial Credit Group
400 Essjay, Ste. 340
Buffalo, NY 14221

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


Newtek
1981 Marcus Ave., Ste. 130
New Hyde Park, NY 11042

Romeo and Romeo, PC
PO Boxd 250
Fulton, NY 13069


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(u)Caterpillar Financial Services Corporation

(u)First Federal


End of Label Matrix
Mailable recipients    89
Bypassed recipients     3
Total                  92